**KAREN STOLZBERG**, OSB #83092
kstolzberg@usa.net
PO Box 19699
Portland, OR 97280
Telephone: (503) 251-0707
Fax: (844) 895-7503
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JULIE SOLER AMOR**<br><br>        Plaintiff,<br><br>    vs.<br><br>**COMMISSIONER,**<br>Social Security Administration,<br><br>        Defendant. | Civil No.: 3:18-cv-00635-SI<br><br>ORDER REGARDING<br>ATTORNEY FEES PURSUANT<br>TO 42 U.S.C. §406(b) |

Pursuant to 42 U.S.C. 406(b), reasonable attorney fees in the amount of $10,893.75 are hereby awarded to plaintiff's attorney, Karen Stolzberg. Previously, this court awarded $9069.87 pursuant to the Equal Access to Justice Act (EAJA) [28 U.S.C. 2412(d)]. When issuing the 406(b) check, therefore, the agency is directed to subtract the amount previously awarded under the EAJA and to send the balance of $1823.88 to Ms. Stolzberg at:

    PO Box 19699
    Portland, OR 97280

IT SO ORDERED.

Dated   January 13, 2020

                                                 /s/ Michael H. Simon
                                                   US District Judge